# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**REGINALD T MORRIS #1077432**  CASE NO. 6:19-CV-00345 SEC P

**VERSUS**  JUDGE JUNEAU

**LAFAYETTE PARISH CORRECTIONAL CENTER ET AL**  MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §1915.

THUS DONE in Chambers on this 11th day of June, 2019.

Michael J. Juneau
**United States District Judge**